PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Edwin Tremel Sutton**  Docket No. 5:20-CR-55-1M

### Petition for Action on Conditions of Pretrial Release

COMES NOW Michael Torres, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Edwin Tremel Sutton, who was placed under pretrial release supervision by the Honorable Richard E. Myers II, Chief United States District Judge, sitting in the Court at Wilmington, on the 24th day of March, 2020. The defendant appeared before Richard E. Myers II, the Chief United States District Judge for arraignment on the 17th day of May, 2021, and supervision was continued under existing conditions. On June 18, 2021, the defendant's conditions of pretrial release were modified to remove the Location Monitoring Program restriction.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has continued to participate in substance abuse treatment through Malachi House II in Greensboro, North Carolina. The defendant has also obtained gainful employment at the Davidson County Animal Shelter in Lexington, North Carolina. As a result of the defendant living and working in Greensboro, North Carolina and Lexington, North Carolina, this officer is respectfully requesting that the defendant be allowed to reside in the Middle District of North Carolina for the remainder of his pretrial supervision. Counsel for the defendant and the government have been contacted and they do not object to the defendant's move.

**PRAYING THAT THE COURT WILL ORDER**

1. Abide by the following restrictions on personal association, residence, or travel: Eastern District of North Carolina and Middle District of North Carolina, as approved by the United States Probation Office.

Reviewed and approved,

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael Torres
Michael Torres
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2534
Executed On: June 21, 2021

Edwin Tremel Sutton
Docket No. 5:20-CR-55-1M
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered the 21st day of June, 2021, and ordered filed and made part of the records in the above case.

*Richard E Myers II*
Richard E. Myers II
Chief United States District Judge